UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EDWARD MUEHLEMANN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FERNANDO SANTILLAN, et al.,<br><br>Defendants. | No. 1:23-cv-00727-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(ECF No. 4) |

  Plaintiffs Michael Edward Muehlemann and Lavonda Louise Ireland (collectively "Plaintiffs"), proceeding pro se filed this lawsuit on May 11, 2023. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  The assigned Magistrate Judge entered findings and recommendations on June 22, 2023, recommending this action be dismissed, without prejudice, based on Plaintiffs' failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 4.) The findings and recommendations advised Plaintiffs that they could file objections within fourteen days after service. (*Id*. at 2.) No objections have been filed and the time in which to do so has expired.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 22, 2023, (ECF No. 4), are ADOPTED IN FULL.
2. This action is dismissed, without prejudice, based on Plaintiffs' failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 31, 2023

UNITED STATES DISTRICT JUDGE

2